IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**  **PLAINTIFF**
**#41580**

v.     No. 3:24-cv-88-DPM

**CHARLES GARR, C.I.D., Craighead**
**County Sheriff's Department**     **DEFENDANT**

ORDER

Unopposed recommendation, *Doc. 3*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). If Barron wants to pursue this case, then she must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 15 July 2024. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2024