IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**  **PLAINTIFF**
**#41580**

v.  No. 3:24-cv-88-DPM

**CHARLES GARR, C.I.D., Craighead**
**County Sheriff's Department**  **DEFENDANT**

## JUDGMENT

Barron's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2024